1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRUCE D. HARRIGAN, | Case No. SACV09-0446 CJC (MLGx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR ENTRY OF FINAL JUDGMENT |
| v. | |
| LENNAR CORPORATION, | ASSIGNED FOR ALL PURPOSES TO HONORABLE CORMAC J. CARNEY |
| Defendant. | |

1     On August 3, 2009, Bruce Harrigan ("Plaintiff") filed a second amended
2 complaint entitled "Employment Separation Resolution Complaint Restatement"
3 (hereinafter "Complaint").  On September 16, 2009, this Court dismissed Plaintiff's
4 claims for (1) deferred compensation, (2) legal fees, and (3) 2007 bonus, with
5 prejudice.  The lone remaining claim in the Complaint is Plaintiff's claim for
6 reimbursement of $4,445.54 in expenses.

7     On November 10, 2009, Plaintiff filed a "Request for Payment of Expenses"
8 ("Request"), in which Plaintiff sought entry of an order requiring Defendant to pay
9 expenses in the amount of $4,445.54, plus interest.  On November 25, 2009,
10 Defendant gave notice that it does not oppose Plaintiff's request.  Without conceding
11 liability, Defendant agreed that judgment could be entered against it in the amount of
12 $5,823.78, which includes statutory interest of 10% per annum.  Cal. Labor Code §
13 2802; Cal. Civ. Code § 3289.

14     Accordingly, the Court hereby enters final judgment against Defendant
15 Lennar Corporation in the amount of $5,823.78, each party to bear its own costs.

17 **IT IS SO ORDERED.**
18 **FINAL JUDGMENT IS HEREBY ENTERED.**

20 Dated: December 02, 2009

                         The Honorable Cormac J. Carney
                         United States District Judge